UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MUSA ABDUSSHAKUR,

     Plaintiff,

vs.

DAVID M. MCNAMEE, *et al.*,

     Defendants.

Case No. 3:25-cv-405

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

_____

**ORDER:  (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (Doc. No. 5); (2) DISMISSING THIS CASE WITH PREJUDICE IN ITS ENTIRETY; (3) CERTIFYING THAT AN APPEAL WOULD NOT BE TAKEN IN GOOD FAITH; AND (4) DENYING PLAINTIFF LEAVE TO APPEAL *IN FORMA PAUPERIS***

_____

Plaintiff Musa Abdusshakur brings this case *pro se*[1] against Defendants Judge David M. McNamee, Prosecutor Melvin Planas and Fred Barker.  Doc. No 1-1.  On December 3, 2025, Magistrate Judge Caroline Gentry, to whom this case was referred pursuant to 28 U.S.C. § 636(b), granted Plaintiff's application to proceed *in forma pauperis* ("IFP") (Doc. No. 3), and Plaintiff's amended complaint was docketed (Doc. No. 4).  On January 12, 2026, after review of the amended complaint, Judge Gentry issued a Report and Recommendation ("R&R") in which she recommended the Court dismiss this case.  Doc. No. 5.  The parties have not filed objections to the Report and Recommendation and the time for doing so under Fed. R. Civ. P. 72(b) has expired.  Upon careful review of the foregoing, the Court determines that the Report and Recommendation is well-reasoned and should be adopted.  *See Rhines v. Weber*, 544 U.S. 269 (2005).

---

[1] As with all *pro se* litigants, Plaintiff's documents and allegations are liberally construed in his favor. *See Erickson v. Pardus*, 551 U.S. 89, 94 (2007) (*per curiam*).

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge in its entirety and **DISMISSES** this case **WITH PREJUDICE**.  Additionally, pursuant to 28 U.S.C. § 1915(a), the Court **CERTIFIES** that an appeal would not be taken in good faith and accordingly **DENIES** Plaintiff leave to appeal *in forma pauperis*. This case is **CLOSED**.

      **IT IS SO ORDERED.**

April 10, 2026                            s/*Michael J. Newman*
                                           Hon. Michael J. Newman
                                           United States District Judge